| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| TSURT, LLC,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>VARIOUS JOHN DOES, et al.,<br>　　　　　　　Defendants. | CASE NO. C18-1119JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Plaintiff TSURT, LLC's *ex parte* motion for a temporary restraining order, a seizure order, and an order to show cause why the court should not issue a preliminary injunction. (*See* TRO Mot. (Dkt. # 2); *see also* Compl. (Dkt. # 1).) The court ORDERS TSURT to appear for a hearing on the motion on Thursday, August 2, 2018, at 9:00 a.m. Although TSURT has named only Doe defendants (*see* Compl. ¶ 3; TRO Mot. at 8), the court ORDERS that if TSURT learns the identity of any defendant

before the hearing, TSURT must serve that defendant with a copy of the summons, complaint, the motion, and all documents filed in support of the motion. Any Doe defendant may appear at the hearing or otherwise respond to the motion beforehand. In addition to other issues the court may address at the hearing, the court DIRECTS TSURT to be prepared to discuss the court's authority to grant nationwide *ex parte* relief against unidentified defendants.

Filed and entered this 31st day of July, 2018.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk