The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TSURT, LLC,<br><br>    Plaintiff,<br><br>        v.<br><br>VARIOUS JOHN DOES, VARIOUS JANE DOES AND XYZ COMPANY,<br><br>    Defendants. | NO.   2:18-cv-1119 JLR<br><br>[~~PROPOSED~~] ORDER GRANTING RELEASE OF CASH BOND AND DISPOSITION OF SEIZED MERCHANDISE |

Plaintiff TSURT, LLC ("Plaintiff"), having moved for an order to return the previously posted cash bond and to dispose of previously seized merchandise, and no defendants having appeared by answer or otherwise, and good cause appearing,

**IT IS HEREBY**

**ORDERED,** that the Cash Bond posted by Plaintiff's counsel in the amount of Five Thousand Dollars ($5,000) along with accrued interest (if any) and less fees (if any), shall be and hereby is exonerated, and shall be released to counsel for the Plaintiff as set forth below, and it is further

Order Granting Release of Cash Bond etc. - 1
No. 2:18-cv-1119 JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**ORDERED,** that the Clerk of the Court shall send the released Cash Bond to Plaintiff's counsel in the form of a check made payable as follows: TSURT, LLC, c/o Cara Burns, Hicks, Mims, Kaplan & Burns, 28202 Cabot Road, Suite 300, Laguna Niguel, CA 92677: and it is further

**ORDERED,** that Plaintiff is authorized to destroy or otherwise dispose of all previously seized infringing merchandise.

**IT IS SO ORDERED.**

Dated: October 17, 2018

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented By:

**SAVITT BRUCE & WILLEY LLP**
By: /s/ James P. Savitt
   /s/ Michele L. Stephen
James P. Savitt, WSBA #16847
Michele L. Stephen, WSBA #39458
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
Tel: (206) 749-0500/ Fax: (206) 749-0600
Email: jsavitt@sbwllp.com
Email: mstephen@sbwllp.com

**HICKS, MIMS, KAPLAN & BURNS**
By: /s/ Cara R. Burns
Cara R. Burns (*Pro Hac Vice*)
28202 Cabot Rd, Suite 300
Laguna Niguel, California 92677
Tel: (310) 314-1721/Fax: (310) 314-1725
Email: cburns@hmkblawyers.com

Attorneys for TSURT, LLC

Order Granting Release of Cash Bond etc. - 2
No. 2:18-cv-1119 JLR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500